Patrick E. Stockalper, SBN 156954
Molshree Gupta, SBN 275101
KJAR, McKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California  90245
Telephone:  (424) 217-3026
Facsimile:  (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendant, COUNTY OF RIVERSIDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DISTRICT

| | |
|---|---|
| LA CARL DOW and TYLER SPEARS,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT;  SHERIFF CHAD BIANO, in his individual and official capacities; DEPUTY DOES 1 THROUGH 10; and NURSE DOES 11 through 15.<br><br>          Defendant(s). | Case No.: 5:25-cv-03548-MCS (AGRx)<br><br>**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**<br><br>Action Filed: November 14, 2025<br>Pretrial Conference: XXX<br>Trial Date: XXX<br><br>Assigned to:<br>Honorable Mark C. Scarsi<br>Courtroom 7C |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant, COUNTY OF RIVERSIDE ("Defendant") answers the Complaint ("Complaint") of Plaintiffs LA CARL DOW and TYLER SPEARS ("Plaintiffs"). If an averment is not specifically admitted, it is hereby denied.

///

///

1

## ANSWER TO COMPLAINT

2    1.    Answering Paragraph 1, Defendant lacks sufficient knowledge or
3    information to form a belief concerning the truth of the factual allegations contained
4    therein and on that basis deny such allegations. Paragraph 1 further contains legal
5    conclusions and argument as to which no response is required.

6    2.    Answering Paragraph 2, Defendant lacks sufficient knowledge or
7    information to form a belief concerning the truth of the factual allegations contained
8    therein and on that basis deny such allegations. Paragraph 2 further contains legal
9    conclusions and argument as to which no response is required.

10    3.    Answering Paragraph 3, Defendant lacks sufficient knowledge or
11    information to form a belief concerning the truth of the factual allegations contained
12    therein and on that basis deny such allegations. Paragraph 3 further contains legal
13    conclusions and argument as to which no response is required.

14    4.    Answering Paragraph 4, Defendant lacks sufficient knowledge or
15    information to form a belief concerning the truth of the factual allegations contained
16    therein and on that basis deny such allegations. Paragraph 4 further contains legal
17    conclusions and argument as to which no response is required.

18    5.    Answering Paragraph 5, Defendant lacks sufficient knowledge or
19    information to form a belief concerning the truth of the factual allegations contained
20    therein and on that basis deny such allegations. Paragraph 5 further contains legal
21    conclusions and argument as to which no response is required.

22    6.    Answering Paragraph 6, Defendant lacks sufficient knowledge or
23    information to form a belief concerning the truth of the factual allegations contained
24    therein and on that basis deny such allegations. Paragraph 6 further contains legal
25    conclusions and argument as to which no response is required.

26    7.    Answering Paragraph 7, Defendant lacks sufficient knowledge or
27    information to form a belief concerning the truth of the factual allegations contained
28    therein and on that basis deny such allegations. Paragraph 7 further contains legal

**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**

conclusions and argument as to which no response is required.

8.      Answering Paragraph 8, Defendant admits that it is a "public entity."
Defendant lacks sufficient knowledge or information to form a belief concerning the
truth of the factual allegations contained therein and on that basis deny such allegations.
Paragraph 8 further contains legal conclusions and argument as to which no response is
required.

9.      Answering Paragraph 9, Defendant admits that Chad Bianco is the Sheriff
of the RCSD.  Defendant lacks sufficient knowledge or information to form a belief
concerning the truth of the factual allegations contained therein and on that basis deny
such allegations. Paragraph 9 further contains legal conclusions and argument as to
which no response is required.

10.     Answering Paragraph 10, Defendant admits that the RCSD is a department
of the County.  Defendant lacks sufficient knowledge or information to form a belief
concerning the truth of the factual allegations contained therein and on that basis deny
such allegations. Paragraph 10 further contains legal conclusions and argument as to
which no response is required.

11.     Answering Paragraph 11, Defendant lacks sufficient knowledge or
information to form a belief concerning the truth of the factual allegations contained
therein and on that basis deny such allegations. Paragraph 11 further contains legal
conclusions and argument as to which no response is required.

12.     Answering Paragraph 12,  Defendant lacks sufficient knowledge or
information to form a belief concerning the truth of the factual allegations contained
therein and on that basis deny such allegations. Paragraph 12 further contains legal
conclusions and argument as to which no response is required.

13.     Answering Paragraph 13, Defendant contends that jurisdiction is properly
with the United States District Court for the Central District of California, pursuant to 28
U.S.C. §§ 1331 and 1367.  Specifically, the action alleges claims regarding the violation
of Plaintiff's rights under the federal constitution, in violation of 42 U.S.C. § 1983.

1  Therefore, jurisdiction in this Court is based on federal subject matter jurisdiction
2  pursuant to 28 U.S.C. § 1331. The remaining claims asserted in the State Court Action
3  all arise from the same operative facts and are so related to the claims asserted under 42
4  U.S.C. § 1983 that they form part of the same case or controversy. Therefore,
5  supplemental jurisdiction pursuant to 28 U.S.C. § 1367. Paragraph 13 further contains
6  legal conclusions and argument as to which no response is required.

7  14.    Answering Paragraph 14, Defendant contends that jurisdiction is properly
8  with the United States District Court for the Central District of California, pursuant to 28
9  U.S.C. §§ 1331 and 1367. Specifically, the action alleges claims regarding the violation
10 of Plaintiff's rights under the federal constitution, in violation of 42 U.S.C. § 1983.
11 Therefore, jurisdiction in this Court is based on federal subject matter jurisdiction
12 pursuant to 28 U.S.C. § 1331. The remaining claims asserted in the State Court Action
13 all arise from the same operative facts and are so related to the claims asserted under 42
14 U.S.C. § 1983 that they form part of the same case or controversy. Therefore,
15 supplemental jurisdiction pursuant to 28 U.S.C. § 1367. Paragraph 14 further contains
16 legal conclusions and argument as to which no response is required.

17 15.    Answering Paragraph 15, Defendant contends that venue is properly with
18 the Eastern Division of the United States District Court for the Central District of
19 California. Except as expressly admitted herein, Defendant denies each and every
20 factual allegation contained therein.

21 16.    Answering Paragraph 16, Defendant lacks sufficient knowledge or
22 information to form a belief concerning the truth of the factual allegations contained
23 therein and on that basis deny such allegations. Paragraph 16 further contains legal
24 conclusions and argument as to which no response is required.

25 17.    Answering Paragraph 17, Defendant lacks sufficient knowledge or
26 information to form a belief concerning the truth of the factual allegations contained
27 therein and on that basis deny such allegations. Paragraph 17 further contains legal
28 conclusions and argument as to which no response is required.

**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT;
DEMAND FOR JURY TRIAL**

18.    Answering Paragraph 18, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 18 further contains legal conclusions and argument as to which no response is required.

19.    Answering   Paragraph 19, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 19 further contains legal conclusions and argument as to which no response is required.

20.    Answering Paragraph 20, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 20 further contains legal conclusions and argument to which no response is required.

21.    Answering Paragraph 21, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 21 further contains legal conclusions and argument as to which no response is required.

22.    Answering Paragraph 22, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 22 further contains legal conclusions and argument as to which no response is required.

23.    Answering Paragraph 23, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 23 further contains legal conclusions and argument as to which no response is required.

24.    Answering Paragraph 24, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 24 further contains legal conclusions and argument as to which no response is required.

**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**

25.     Answering Paragraph 25, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 25 further contains legal conclusions and argument as to which no response is required.

26.     Answering Paragraph 26, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 26 further contains legal conclusions and argument as to which no response is required.

27.     Answering Paragraph 27, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 27 further contains legal conclusions and argument as to which no response is required.

28.     Answering Paragraph 28, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 28 further contains legal conclusions and argument as to which no response is required.

29.     Answering Paragraph 29, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 29 further contains legal conclusions and argument as to which no response is required.

30.     Answering Paragraph 30, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 30 further contains legal conclusions and argument as to which no response is required.

31.     Answering Paragraph 31, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 31 further contains legal conclusions and argument as to which no response is required.

**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**

32.     Answering Paragraph 32, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Furthermore, this paragraph contains legal conclusions and argument as to which no response is required.

33.     Answering Paragraph 33, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Furthermore, this paragraph contains legal conclusions and argument as to which no response is required.

34.     Answering Paragraph 34, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Furthermore, this paragraph contains legal conclusions and argument as to which no response is required.

35.     Answering Paragraph 35, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Furthermore, this paragraph contains legal conclusions and argument as to which no response is required.

36.     Answering Paragraph 36, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 36 further contains legal conclusions and argument as to which no response is required.  Furthermore, this paragraph contains legal conclusions and argument as to which no response is required.

37.     Answering Paragraph 37, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 37 further contains legal conclusions and argument as to which no response is required.

38.     Answering Paragraph 38, Defendant realleges and incorporates by reference its answer to paragraphs 1 through 37 as through set forth herein.

39.     Answering Paragraph 39, this paragraph contains legal conclusions and

argument as to which no response is required.

40.    Answering Paragraph 40, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 40 further contains legal conclusions and argument as to which no response is required.

41.    Answering Paragraph 41, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 41 further contains legal conclusions and argument as to which no response is required.

42.    Answering Paragraph 42, this paragraph contains legal conclusions and argument as to which no response is required.

43.    Answering Paragraph 43, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 43 further contains legal conclusions and argument as to which no response is required.

44.    Answering Paragraph 44, this paragraph contains legal conclusions and argument as to which no response is required.

45.    Answering Paragraph 45, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 45 further contains legal conclusions and argument as to which no response is required.

46.    Answering Paragraph 46, Defendant realleges and incorporates by reference its answer to paragraphs 1 through 45 as through set forth herein.

47.    Answering Paragraph 47, this paragraph contains legal conclusions and argument as to which no response is required.

48.    Answering Paragraph 48, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 48 further contains legal

**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**

1  conclusions and argument as to which no response is required.

2      49.    Answering Paragraph 49, Defendant lacks sufficient knowledge or
3  information to form a belief concerning the truth of the factual allegations contained
4  therein and on that basis deny such allegations. Paragraph 49 further contains legal
5  conclusions and argument as to which no response is required.

6      50.    Answering Paragraph 50, Defendant lacks sufficient knowledge or
7  information to form a belief concerning the truth of the factual allegations contained
8  therein and on that basis deny such allegations. Paragraph 50 further contains legal
9  conclusions and argument as to which no response is required.

10     51.    Answering Paragraph 51, Defendant lacks sufficient knowledge or
11 information to form a belief concerning the truth of the factual allegations contained
12 therein and on that basis deny such allegations. Paragraph 51 further contains legal
13 conclusions and argument as to which no response is required.

14     52.    Answering Paragraph 52, Defendant realleges and incorporates by reference
15 its answer to paragraphs 1 through 51 as through set forth herein.

16     53.    Answering Paragraph 53, this paragraph contains legal conclusions and
17 argument as to which no response is required.

18     54.    Answering Paragraph 54, this paragraph contains legal conclusions and
19 argument as to which no response is required.

20     55.    Answering Paragraph 55, this paragraph contains legal conclusions and
21 argument as to which no response is required.

22     56.    Answering Paragraph 56, Defendant lacks sufficient knowledge or
23 information to form a belief concerning the truth of the factual allegations contained
24 therein and on that basis deny such allegations. Paragraph 56 further contains legal
25 conclusions and argument as to which no response is required.

26     57.    Answering Paragraph 57, Defendant lacks sufficient knowledge or
27 information to form a belief concerning the truth of the factual allegations contained
28 therein and on that basis deny such allegations. Paragraph 57 further contains legal

1 | conclusions and argument as to which no response is required.

2 | 58.    Answering Paragraph 58, this paragraph contains legal conclusions and

3 | argument as to which no response is required.

4 | 59.    Answering Paragraph 59, Defendant lacks sufficient knowledge or

5 | information to form a belief concerning the truth of the factual allegations contained

6 | therein and on that basis deny such allegations. Paragraph 59 further contains legal

7 | conclusions and argument as to which no response is required.

8 | 60.    Answering Paragraph 60, Defendant realleges and incorporates by reference

9 | its answer to paragraphs 1 through 59 as through set forth herein.

10 | 61.    Answering Paragraph 61, Defendant lacks sufficient knowledge or

11 | information to form a belief concerning the truth of the factual allegations contained

12 | therein and on that basis deny such allegations. Paragraph 61 further contains legal

13 | conclusions and argument as to which no response is required.

14 | 62.    Answering Paragraph 62, Defendant lacks sufficient knowledge or

15 | information to form a belief concerning the truth of the factual allegations contained

16 | therein and on that basis deny such allegations. Paragraph 62 further contains legal

17 | conclusions and argument as to which no response is required.

18 | 63.    Answering Paragraph 63, Defendant lacks sufficient knowledge or

19 | information to form a belief concerning the truth of the factual allegations contained

20 | therein and on that basis deny such allegations. Paragraph 63 further contains legal

21 | conclusions and argument as to which no response is required.

22 | 64.    Answering Paragraph 64, this paragraph contains legal conclusions and

23 | argument as to which no response is required.

24 | 65.    Answering Paragraph 65, Defendant lacks sufficient knowledge or

25 | information to form a belief concerning the truth of the factual allegations contained

26 | therein and on that basis deny such allegations. Paragraph 65 further contains legal

27 | conclusions and argument as to which no response is required.

28 | 66.    Answering Paragraph 66, Defendant lacks sufficient knowledge or

**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**

information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 66 further contains legal conclusions and argument as to which no response is required.

67.    Answering Paragraph 67, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 67 further contains legal conclusions and argument as to which no response is required.

68.    Answering Paragraph 68, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 68 further contains legal conclusions and argument as to which no response is required.

69.    Answering Paragraph 69, Defendant realleges and incorporates by reference its answer to paragraphs 1 through 68 as through set forth herein.

70.    Answering Paragraph 70, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 70 further contains legal conclusions and argument as to which no response is required.

71.    Answering Paragraph 71, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 71 further contains legal conclusions and argument as to which no response is required.

72.    Answering Paragraph 72, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 72 further contains legal conclusions and argument as to which no response is required.

73.    Answering Paragraph 73, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 73 further contains legal

**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**

1  conclusions and argument as to which no response is required.

2      74.    Answering Paragraph 74, Defendant lacks sufficient knowledge or

3  information to form a belief concerning the truth of the factual allegations contained

4  therein and on that basis deny such allegations. Paragraph 74 further contains legal

5  conclusions and argument as to which no response is required.

6      75.    Answering Paragraph 75, Defendant lacks sufficient knowledge or

7  information to form a belief concerning the truth of the factual allegations contained

8  therein and on that basis deny such allegations. Paragraph 75 further contains legal

9  conclusions and argument as to which no response is required.

10      76.    Answering Paragraph 76, Defendant lacks sufficient knowledge or

11  information to form a belief concerning the truth of the factual allegations contained

12  therein and on that basis deny such allegations. Paragraph 76 further contains legal

13  conclusions and argument as to which no response is required.

14      77.    Answering Paragraph 77, Defendant realleges and incorporates by reference

15  its answer to paragraphs 1 through 76 as through set forth herein.

16      78.    Answering Paragraph 78, Defendant lacks sufficient knowledge or

17  information to form a belief concerning the truth of the factual allegations contained

18  therein and on that basis deny such allegations. Paragraph 78 further contains legal

19  conclusions and argument as to which no response is required.

20      79.    Answering Paragraph 79, Defendant lacks sufficient knowledge or

21  information to form a belief concerning the truth of the factual allegations contained

22  therein and on that basis deny such allegations. Paragraph 79 further contains legal

23  conclusions and argument as to which no response is required.

24      80.    Answering Paragraph 80, Defendant lacks sufficient knowledge or

25  information to form a belief concerning the truth of the factual allegations contained

26  therein and on that basis deny such allegations. Paragraph 80 further contains legal

27  conclusions and argument as to which no response is required.

28      81.    Answering Paragraph 81, Defendant lacks sufficient knowledge or

**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**

information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 81 further contains legal conclusions and argument as to which no response is required.

82.    Answering Paragraph 82, Defendant realleges and incorporates by reference its answer to paragraphs 1 through 81 as through set forth herein.

83.    Answering Paragraph 83, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 83 further contains legal conclusions and argument as to which no response is required.

84.    Answering Paragraph 84, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 84 further contains legal conclusions and argument as to which no response is required.

85.    Answering Paragraph 85, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 85 further contains legal conclusions and argument as to which no response is required.

86.    Answering Paragraph 86, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 86 further contains legal conclusions and argument as to which no response is required.

87.    Answering Paragraph 87, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 87 further contains legal conclusions and argument as to which no response is required.

88.    Answering Paragraph 88, Defendant realleges and incorporates by reference its answer to paragraphs 1 through 87 as through set forth herein.

89.    Answering Paragraph 89, this paragraph contains legal conclusions and

argument as to which no response is required.

90.    Answering Paragraph 90, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 90 further contains legal conclusions and argument as to which no response is required.

91.    Answering Paragraph 91, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 91 further contains legal conclusions and argument as to which no response is required.

92.    Answering Paragraph 92, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 92 further contains legal conclusions and argument as to which no response is required.

93.    Answering Paragraph 93, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 93 further contains legal conclusions and argument as to which no response is required.

94.    Answering the Prayer for Relief, including subsections (1) through (7), Defendant denies that Plaintiff is entitled to the relief requested.

## AFFIRMATIVE DEFENSES

Defendant pleads the following separate defenses. Defendant reserves the right to assert additional affirmative defenses that discovery indicates are proper.

## FIRST AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, Unclean Hands)

1.    Defendant alleges that Plaintiffs' actions are barred by reason of conduct, actions and inactions of Plaintiffs which amount to and constitute a waiver of any right Plaintiffs may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop Plaintiffs from recovery in this action, including but

1  not limited to the doctrine of unclean hands.

2  ## SECOND AFFIRMATIVE DEFENSE

3  ### (Failure to Mitigate Damages)

4  2.    Plaintiffs' claims are barred or limited to the extent Plaintiffs failed to

5  mitigate Plaintiffs' injuries or damages, if there were any. Plaintiffs have failed to

6  mitigate the damages, if any, which Plaintiffs have sustained, and to exercise

7  reasonable care to avoid the consequences of harms, if any, in that, among other

8  things, Plaintiffs have failed to use reasonable diligence in caring for any injuries,

9  failed to use reasonable means to prevent aggravation of any injuries, and failed to

10  take reasonable precautions to reduce any injuries and damages.

11  ## THIRD AFFIRMATIVE DEFENSE

12  ### (Public Entity/Employee Immunity for Discretionary Acts)

13  3.    There is no liability for any injury or damages, if any there were,

14  resulting from an exercise of discretion vested in a public employee, whether or not

15  such discretion be abused. Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 et seq.

16  4.    Plaintiffs' recovery is barred because public entities and employees are

17  immune from liability for discharging their mandatory duties with reasonable

18  diligence.

19  5.    Plaintiffs' recovery is barred because public entities and employees are

20  immune from liability for any injury caused by the act or omission of another person.

21  Gov. Code §§ 815 et. seq., 820 et. seq. The answering Defendant is informed and

22  believes and thereon allege that if plaintiffs sustained any injury or damages, such injury

23  or damages was solely caused or contributed to by the wrongful conduct of other

24  defendants and/or entities or persons other than the answering defendants. To the extent

25  that Plaintiffs' damages were so caused, any recovery by plaintiffs as against the

26  answering defendant should be subject to proportionately comparative equitable

27  indemnity/contribution from such third parties.

28  6.    Defendant is immune for any detriment resulting from any of its actions or

---

15

**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**

1  omissions at the time of the incident of which Plaintiffs complain pursuant to

2  Government Code § 810 et seq., 815 et seq., 820 et seq., and 845 et seq., including, but

3  not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6,

4  820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and

5  Government Code §§ 854, et seq., including, but not limited to, §§ 845.6, 845.8,

6  854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

7  **FOURTH AFFIRMATIVE DEFENSE**

8  **(Qualified Immunity & Good Faith Immunity)**

9  7.      The individual Defendants are immune from liability under the Federal

10  Civil Rights Act because a reasonable public entity employee could believe that his acts

11  and conduct were appropriate. The individual Defendants are immune from liability

12  under the Federal Civil Rights Act because their individual conduct did not violate

13  clearly established constitutional rights of which a reasonable person would have known.

14  8.      At all relevant times, the involved public entity employees acted within the

15  scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant

16  to applicable statutes, rules and regulation, within the bounds of reason, and with the

17  good faith belief that their actions comported with all applicable federal and state laws.

18  **FIFTH AFFIRMATIVE DEFENSE**

19  **(Assumption of Risk)**

20  9.      At the time and place referred to in the Complaint, and before such event,

21  Plaintiff knew, appreciated, and understood each and every risk involved in placing

22  himself in the position he assumed, and willingly, knowingly and voluntarily assumed

23  each of such risks, including, but not limited to, the risk of suffering personal bodily

24  injury and/or lawful deprivation of right(s).

25  **SIXTH AFFIRMATIVE DEFENSE**

26  10.     To the extent that the Complaint attempts to predicate liability upon the

27  public entity defendant or any employees thereof for purported negligence in retention,

28  hiring, employment, training, or supervision of any public employee, such liability is

barred by *Government Code §§ 815.2 and 820.2* and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, rev'd on other grounds by *Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to Plaintiffs; and by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal case of any injury alleged in the Complaint. See *de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

### SEVENTH AFFIRMATIVE DEFENSE

11.    Defendant alleges that Plaintiffs may not recover punitive damages against a governmental entity, or against governmental employees acting in their official capacity, under federal or state law. *Cal. Govt. Code § 818; City of Newport v. Fact Concerts, Inc.* 453 U.S. 247, 271 (1981); *Mitchell v. Dupnik*, 75 F.3d 517, 527 (9th Cir. 1996).

12.    At no time and place mentioned in the Complaint, did any Defendant act with deliberate indifference or malicious intent to deprive any person of any Constitutional or legal right or to cause any other injury and, therefore, Defendant is immune from liability.

13.    Any claim for punitive damages is unconstitutional and invalid in that it violates the United States Constitution, including but not limited to the Due Process Clause of the Fifth and/or Fourteenth Amendments, as well as the Fifth, Sixth, Eighth, and/or Ninth Amendments.

### EIGHTH AFFIRMATIVE DEFENSE
### (Contributory and/or Comparative Liability)

14.    Plaintiffs' claims are barred or limited by Plaintiff's contributory/ comparative negligence or other conduct, acts, or omissions, and to the extent any plaintiffs suffered any injury or damages, it was the result of Plaintiffs' own negligent or deliberate actions or omissions.

**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**

## NINTH AFFIRMATIVE DEFENSE

### (Government Code § 845.6)

15.    Neither a public entity nor a public employee is liable for injury proximately caused by the failure of the employee to furnish or obtain medical care for a prisoner in its custody.

16.    A public employee, and the public entity where the employee is acting within the scope of his employment, is liable if the employee knows or has reason to know that the prisoner is in need of immediate medical care and he fails to take reasonable action to summon such medical care.

## TENTH AFFIRMATIVE DEFENSE

### (Bane Civil Rights Act)

17.    The complaint, and specifically the request for statutory damages under California Civil Code Section 52 and 52.1, fails to state a claim against this answering defendant, as Plaintiffs have failed to allege and/or show, and neither can plaintiffs prove, that defendant intentionally interfered with or attempted to interfere with plaintiff's civil rights by use of threats, intimidation or coercion, or by committing violent acts, which were substantial factor in causing harm to plaintiffs.

18.    Defendant contends that it cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in Plaintiffs' Complaint. Accordingly, Defendant expressly reserves the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

///

///

///

**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**

1    WHEREFORE, Defendant prays for relief as follows:

2    1.    That the Complaint be dismissed with prejudice and in its entirety;

3    2.    That Plaintiffs take nothing by reason of this Complaint and that

4    judgment be entered against Plaintiffs and in favor of Defendant;

5    3.    That Defendant be awarded its costs incurred in defending this action;

6    4.    That Defendant be granted such other and further relief as the Court may

7    deem just and proper.

8

9    Dated: January 2, 2026        KJAR, McKENNA & STOCKALPER, LLP

10

11    By: _____

12    PATRICK E. STOCKALPER
      MOLSHREE GUPTA
13    Attorneys for Defendant,
      COUNTY OF RIVERSIDE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT;
DEMAND FOR JURY TRIAL**

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On January 2, 2026, I served the foregoing document described as **DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

**By Mail** I caused such envelope(s) to be deposited in the mail at El Segundo, California.  The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX    **By Email** Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List.  My email address is mnixon@kmslegal.com.

XX    **State** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 2, 2026, at El Segundo, California.

_____
Maria Nixon

**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**

## <u>SERVICE LIST</u>
#540-38
## <u>Dow  v. County of Riverside, et al.</u>
USDC Case No.: 5:25-cv-03548-MCS (AGRx)

| | |
|---|---|
| Royal DL Bond, Esq.<br>Bond Law Legal Group<br>30141 Antelope Rd, Ste. D228<br>Menifee, CA 92584<br>(844) 476-9254<br>royal@bondlawlegal.com<br>sonyasanders@bondlawlegal.com<br>lakeithmccoy@bondlawlegal.com<br>tsimmons@bondlawlegal.com | Attorneys for Plaintiffs,<br>**LA CARL DOW and TYLER SPEARS** |
| | |

**DEFENDANT, COUNTY OF RIVERSIDE'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**